

would be premature. Beard v. Stahr, 1962, 370 U.S. 41, 82 S.Ct. 1105, 8 L.Ed. 2d 321; Tuggle v. Brown, 5 Cir., 1966, 362 F.2d 801, cert. denied 385 U.S. 941, 87 S.Ct. 311, 17 L.Ed.2d 220 (1966); McCurdy v. Zuckert, 5 Cir., 1966, 359 F. 2d 491.

 However, even if appellant had exhausted such remedies, he would not be entitled to relief. While the fifth amendment guarantees the right to indictment by grand jury, it also states an exception for cases arising in the armed forces. Ex parte Quirin, 1942, 317 U.S. 1, 63 S. Ct. 1, 87 L.Ed. 3; Owens v. Markley, 7 Cir., 1961, 289 F.2d 751.

Keith P. Ayers, pro se.

Calvin K. Hamilton, U. S. Atty., and Frederick O. Griffin, Jr., Asst. U. S. Atty., Kansas City, Mo., for appellee.

Before MATTHES, GIBSON and BRIGHT, Circuit Judges.

 Similarly, the guarantee of the right to trial by jury has been held inapplicable to court-martial proceedings. Whelchel v. McDonald, 1950, 340 U.S. 122, 71 S.Ct. 146, 95 L.Ed. 141, rehearing denied 340 U.S. 923, 71 S.Ct. 356, 95 L. Ed. 666; Ex parte Quirin, supra.

Affirmed.

## PER CURIAM.

Appellant, a federal prisoner confined in the United States Medical Center for Federal Prisoners, Springfield, Mo., filed a petition for writ of habeas corpus on March 29, 1968. He alleged in substance that he was being subjected to cruel and unusual punishment in that he was not being provided adequate medical attention for chronic osteomyelitis of the right foot and left leg from which he had been suffering for a number of years.

**Keith P. AYERS, Appellant,**

v.

**Dr. P. J. CICCONE, Director, United States Medical Center for Federal Prisoners, Springfield, Missouri, Appellee.**

**No. 19538.**

United States Court of Appeals Eighth Circuit.

June 30, 1969.

Chief Judge Becker, after full consideration of appellant's claims and the response to order to show cause filed by Dr. Ciccone, the Director of the Medical Center, found that appellant was not entitled to habeas relief and dismissed the petition without prejudice. This appeal is from that order.

We are satisfied from our review of the record and the controlling authorities that Judge Becker reached the proper conclusion. We therefore affirm on the basis of his soundly reasoned memorandum opinion reported at 300 F.Supp. 568 (W.D.Mo., October, 1968).

Subsequent to the submission of this appeal on May 16, 1969, appellant has informed us by letter that he is again being subjected to cruel and unusual punishment in that the prison authorities are refusing to furnish him adequate medical treatment. Appellant also informs us that on May 23, 1969, he filed another habeas corpus petition in the United States District Court.

We treat appellant's letter as a petition for relief from this court and deny it because of the pendency of the petition above referred to in the district court. We are confident that Judge Becker will give prompt attention to appellant's pending petition, will fully explore the matters complained of and will enter an appropriate judgment.

Elias B. Foster, in pro. per.

Thomas C. Lynch, Atty. Gen. of Cal., Los Angeles, Cal., for appellee.

Before CHAMBERS and JERTBERG, Circuit Judges, and KILKENNY,* District Judge.

**Elias B. FOSTER, Petitioner-Appellant,**

v.

**Harold V. FIELD, Respondent-Appellee.**

**No. 23417.**

United States Court of Appeals
Ninth Circuit.

July 11, 1969.

## PER CURIAM:

Appellant, a prisoner of the State of California, appeals from an order of the United States District Court denying his petition for a writ of habeas corpus. Appellant was convicted of violating Sec. 288 of the Penal Code of the State of California [lewd or lascivious acts upon a child], with a prior felony conviction in California of assault with a deadly weapon. Trial was to the court sitting without a jury, a jury having been expressly waived as provided by law.

On appeal to the Supreme Court of the State of California, the judgment of conviction was affirmed. People v. Foster, 67 Cal.2d 604, 63 Cal.Rptr. 288, 432 P.2d 976 (1967). Appellant was represented by counsel both at his trial and on his appeal to the California Supreme Court.

We note the absence from the record on appeal of a certificate of probable cause. The record discloses that appellant requested the district judge to issue such a certificate, and likewise discloses the district court refused to do so, stating, *inter alia:*

> "[I]t is the opinion of the Court that the proposed appeal is without merit and does not present a substantial

* Honorable John F. Kilkenny, United States District Judge for the District of Oregon, sitting by designation.